

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Kristina Malyshko

**Civil Action No.**  26-cv-1728-JES-MSB

**Plaintiff,**

**V.**

See Attachment

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Petitioner's Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241; Because the Court GRANTS the Petition and concludes that Respondents' revocation of Petitioner's parole violates procedural due process, Respondents are ORDERED to IMMEDIATELY release Petitioner from custody, subject to any conditions of her preexisting conditional parole.  The Parties are ORDERED to file a Joint Status Report on or before April 1, 2026, confirming that Petitioner has been released.  The case is hereby closed.

**Date:**          3/27/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Quinata

M. Quinata, Deputy

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  26-cv-1728-JES-MSB

v.

Respondents:

CHRISTOPHER J. LAROSE, Senior Warden of Otay Mesa Detention Center; TODD LYONS, Acting Director of Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the Department of Homeland Security; PAMELA BONDI, Attorney General of the United States